# EXHIBIT 1



Las Vegas News, Sports, Business, Entertainment and Classifieds

Advertise | Subscribe or Manage your account | E-mail / mobile alerts | e-Edition

# LAS VEGAS REVIEW-JOURNAL

Thursday
Jan 13, 2011

Clouds And Sun
52° Weather Forecast


Discount Cigarettes

Search

Recent Editions: Fri Sat Sun Mon Tue Wed Thu

HOME  NEWS  SPORTS  BUSINESS  LIFESTYLES  ENTERTAINMENT  TRAVEL  OPINION  OBITUARIES  JOBS  AUTOS  HOMES  CLASSIFIEDS  DEALS



1 Trick of a tiny belly :
Cut down a bit of your belly every day by using this 1 weird old tip.
 Tip

## News

Comments (62) | Add a comment
Back to: News

## Vandals spray-paint prehistoric rock art in Red Rock Canyon



ANTON/LAS VEGAS REVIEW-JOURNAL
Vandals spray-painted this graffiti on a rock near the Lost Creek trail at Red Rock Canyon National Conservation Area. Archaeologist Mark Boatwright called it "the most severe damage to archaeological resources we've seen in Red Rock for several years." » Buy this photo

By KEITH ROGERS
LAS VEGAS REVIEW-JOURNAL

Posted: November 29, 2010 | 2:14 p.m.
Updated: November 30, 2010 | 7:27 a.m.

Woody Smith paused Monday to admire the view as he walked past a manzanita shrub on Red Rock Canyon's Lost Creek trail only to see the sight that vandals had left: 2-foot-tall letters, "NHC," glaring in maroon spray paint near the top of a beige boulder.

"Oh my God," he said, gazing at the gaudy sight with his wife, Kathy, and their friend Linda Glanister. "That's terrible. There's all that beauty and some knucklehead comes along."

That "knucklehead," who marred the visit the Smiths had made from Lake Orion, Mich., to the scenic national conservation area west of Las Vegas, left other damage to the pristine rock shelter, including a name, "Pee Wee Rodo," and the words "Nevada Has Cronic."

In all, three prehistoric rock art panels

### Tools



Recommend
Email
Print    Share
Save    RSS

ADVERTISE HERE!
CLICK FOR MORE INFO



### NEWS HEADLINES

| | |
|---|---|
| Former cop pleads not guilty in murder plot case | Pageant judges overcome trials |
| Robbery suspect shot by bar employee | Henderson seeks public's help to stop copper wire thefts |
| CORRECTION | |
| Horse count prompts roundup cancellation | Babies share 1:11 on 1/11 birthday numbers |
| Goodman was good for Las Vegas despite unfinished business | Opportunity Village razes store gutted by fire |
| | Bill targeting meth makers requires prescriptions for some cold medicines |

All of Today's Headlines



1 Tip for a tiny belly :
Cut down a bit of your belly everyday by following this 1 weird old tip
Tip ▶

### NATION & WORLD

| | |
|---|---|
| At congresswoman's bedside, good news keeps coming | 2011 to top 2010 record of 1 million foreclosures |
| New England digs out | FDA orders lowering pain reliever in Vicodin |

# EXHIBIT 2

A Blog About History

# Red Rock Canyon petroglyphs vandalized



In yet another act of idiocy, vandals have spray-painted graffiti on prehistoric rock art in Nevada's Red Rock Canyon.

> Woody Smith paused Monday to admire the view as he walked past a manzanita shrub on Red Rock Canyon's Lost Creek trail only to see the sight that vandals had left: 2-foot-tall letters, "NHC," glaring in maroon spray paint near the top of a beige boulder.
>
> "Oh my God," he said, gazing at the gaudy sight with his wife, Kathy, and their friend Linda Glanister. "That's terrible. There's all that beauty and some knucklehead comes along."
>
> That "knucklehead," who marred the visit the Smiths had made from Lake Orion, Mich., to the scenic national conservation area west of Las Vegas, left other damage to the pristine rock shelter, including a name, "Pee Wee Rodo," and the words "Nevada Has Cronic."
>
> In all, three prehistoric rock art panels were vandalized with the same maroon spray-painted graffiti.
>
> Archaeologists think Southern Paiutes made cultural paintings, or pictographs, there centuries ago until as recently as the 1800s.
>
> One rock art panel that was vandalized contains a petroglyph, or stone etching, that depicts a figure similar to an arched window divided into six sections.

[Full story]

**You might also like:**



| Arizona petroglyphs vandalized | Morons fire paintballs at ancient petroglyphs | Rock art vandalized in Keyhole Sink | Archaeologists document rock art sites in Australia by ... |

**LinkWithin**

30. November 2010 | ShareThis

# 2 comments

**Tweets that mention Red Rock Canyon petroglyphs vandalized | A Blog About History - History News -- Topsy.com**

[...] This post was mentioned on Twitter by A Blog About History, archaeologynews and Jill R, Sharie. Sharie said: RT @historytweeter: #history Red Rock Canyon petroglyphs vandalized http://goo.gl/fb/EfhXC [...]

**Rich Griese**



Actually, the image at the top of this blog to me is quite impressive and nice. It shows a massive amount of work, planning, and artistic creativity.

In addition, my first thought was "wow, it's just like the petroglyphs". I mean, it is writing on the side of a rock wall. In fact, one could argue that this new version is better than the older version. For example, in our times when concerns for "the planet" are constantly talked about, let's take the two sets of petroglyphs. The first one, have lasted a long time, they did permanant damage to the environment. While the second, will probably errode in 100 years, leaving a much lighter footprint.

It is interesting that nobody has explored the commonality between these two sets of petroglyphs. In fact, once could argue that the artist was specifically making an environmental statement. For example, he was bringing the world attention to a former culture that was not respectful of the planet and had made a permanent adjust to the environment, but making a less permanent exact same art style right over them.

Cheers! RichGriese@gmail.com

## What do you think about this story?

[ ] Name

[ ] E-Mail

[ ] Website

[ ] Spam protection: Sum of 3 + 6 ?

[                                    ]

[Submit]

**Las Vegas Coupons**
1 ridiculously huge coupon a day. It's like doing Vegas at 90% off!
www.Groupon.com/Las-Vegas

*Ads by Google*

© 2009-2010, A Blog About History. RSS Feed.

**Red Rock Canyon Hiking**
Take A Hike While In Las Vegas! Hotel Pick-up Included
www.HikeThisLasVegas.com

**Red Rock Canyon Guide**
Research Activities, Deals & Trips For Your Red Rock Canyon Adventure!
www.Away.com

**Up To 70% Off Vegas Shows**
Cheapest Seats at Top Shows. Save More on Las Vegas Shows Here
www.LasVegasShows.com

*Ads by Google*







# About This Blog



This is a blog about history. It is edited by me, Sevaan Franks, and features news articles and links to interesting anthropology, archaeology, geology, palaeontology and other general history-related items from around the world. If you have a story you would like to see featured on this site, please drop me a line.

 

Adolf Hitler  Animals  Art  Artifacts  Auction  Bones  Bronze Age  Burial  Canada  China  Construction  Crime  Dinosaurs  DNA  Egypt  Egyptian  Extinct Animals  Food & Drink  Fossils  Germany  Humans  India  Israel  Italy  Maya  Medicine  Medieval  Mexico  Nazi  Paintings  Peru  Photography  Pottery  Prehistoric  Restoration  Roman  Romans  Science  Scotland  Shipwrecks  Technology  Tomb  Tombs  Turkey  Underwater  War  Writing



## Archives

- December 2010
- November 2010
- October 2010
- September 2010
- August 2010
- July 2010
- June 2010
- May 2010
- April 2010
- March 2010
- February 2010
- January 2010
- December 2009
- November 2009
- October 2009
- September 2009
- August 2009
- July 2009
- June 2009
- May 2009
- April 2009

# EXHIBIT 3

*-APPLICATION-*

# Title
**Title of Work:** Vandals spray-paint prehistoric rock art in Red Rock Canyon IMAGE #1

# Completion/Publication
**Year of Completion:** 2010

**Date of 1st Publication:** November 29, 2010     **Nation of 1st Publication:** United States

# Author
- **Author:** Stephens Media LLC

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States     **Domiciled in:** United States

# Copyright claimant
**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

# Rights and Permissions
**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com     **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV  89129-7701  United States

# Certification

Page 1 of 2

                                                **Name:**  Steven A. Gibson

                                                **Date:**  December 30, 2010

**Applicant's Tracking Number:**  2164

---

**Registration #:**

**Service Request #:**   1-541173288

**Application Date:**   12-30-2010 21:00:07

# Correspondent

**Organization Name:**   Righthaven LLC
**Name:**   Steven A. Gibson
**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

# Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States